IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES SCHERER, in his capacity as Shareholders Representative, | ) ) ) ) |
| *Plaintiff*, | ) ) ) |
| vs. | ) C.A. No. 1:13-cv-01185-GMS ) |
| THERMO FISHER SCIENTIFIC INC., | ) ) ) ) |
| *Defendant.* | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff James Scherer and defendant Thermo Fisher Scientific Inc. hereby stipulate that this action be dismissed with prejudice, waiving all rights of appeal, and with each party bearing its own costs and fees.

|  |  |
|---|---|
|  | ASHBY & GEDDES, P.A |
|  |  |
|  | */s/ Toni-Ann Platia* |
| OF COUNSEL: | Stephen E. Jenkins, Esq. (#2152) |
|  | Toni-Ann Platia, Esq. (#5051) |
| Thad A. Davis, Esq. | 500 Delaware Avenue, 8th Floor |
| Michael Li-Ming Wong, Esq. | P.O. Box 1150 |
| Kyle A. Withers, Esq. | Wilmington, Delaware 19899 |
| GIBSON, DUNN & CRUTCHER LLP | Telephone: (302) 654-1888 |
| 555 Mission Street, Suite 3000 | Facsimile: (302) 654-2067 |
| San Francisco, California 94105 | sjenkins@ashby-geddes.com |
|  | tplatia@ashby-geddes.com |
|  |  |
|  | *Attorneys for Plaintiff James Scherer* |

|  |  |
|---|---|
| OF COUNSEL: | ABRAMS & BAYLISS LLP<br><br>*/s/ Sarah E. Hickie*<br>A. Thompson Bayliss, Esq. (#4379)<br>Sarah E. Hickie, Esq. (#5833) |
| Joseph L. Demeo, Esq.<br>Allison Huppé, Esq.<br>DEMEO LLP<br>200 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 263-2600 | 20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>Telephone: (302) 778-1000<br>Facsimile: (302) 778-1001<br>bayliss@abramsbayliss.com<br>hickie@abramsbayliss.com |
| Dated: October 27, 2014 | *Attorneys for Defendant Thermo Fisher Scientific Inc.* |

IT IS SO ORDERED this 30th day of October 2014.

_____
The Honorable Gregory M. Sleet

2